City of Chicago, appellee, v. Marc Marek, appellant.   Gen. No. 30,695.

Prosecution for breach of ordinance.   Judgment of conviction. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding.   Heard in the second division of this court for the first district at the October term, 1925.   Reversed. Opinion filed July 13, 1926.

David J. Bentall, for appellant.   Francis X. Busch, Corporation Counsel, and Samuel E. Pincus, Prosecuting Attorney, for appellee; Eliot H. Evans, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Nick Kokinis, appellee, v. Bishop Philaretos et al., appellants. Gen. No. 30,705.

Action upon judgment note.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding.   Heard in the second division of this court for the first district at the October term, 1925.   Reversed with finding of facts. Opinion filed July 13, 1926.

Felix J. Streyckmans, for appellants.   A. A. Pantelis and James B. Heffernan, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Anna E. Blount, appellee, v. Chicago & West Towns Railway Company, appellant.   Gen. No. 30,746.

Action for negligent injury to automobile.   Judgment for plaintiff.   Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding.   Heard in the second division of this court for the first district at the October term, 1925.   Affirmed. Opinion filed July 13, 1926.

William M. McEwen and Berthold L. Goldberg, for appellant. John J. Sonsteby and Joseph O. McKiernan, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

W. F. Woodruff, appellee, v. Raymond A. Von Danden, appellant. Gen. No. 30,672.

Action for rent.   Order denying motion to open up judgment for plaintiff.   Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding.   Heard in the second division of this court for the first district at the October term, 1925.   Affirmed. Opinion filed July 13, 1926.   Rehearing denied July 24, 1926.

William R. Brand, for appellant.   Church, Haft & Robertson, for appellee.

Mr. Justice Barnes delivered the opinion of the court.